```
                   UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

<u>USCOC of New Hampshire RSA #2, Inc.</u>

    **v.**                                                  Case No. 05-cv-327-PB

<u>Town of Bow</u>

## NOTICE OF RULING

    **Re**:  Report and Recommendation (Doc. No. 37) re: Motion to Intervene (Doc. No. 7)

    **Ruling**:  The procedural posture of the case is somewhat confused. I assume that what I am being asked to decide is whether the Magistrate Judge has the power to decide a motion to intervene in a case where the parties to the action have consented to his jurisdiction but the proposed intervenor does not. On this question, reviewing the matter *de novo*, I agree with the Seventh Circuit that the answer to the question is yes. If, instead, the Magistrate Judge is asking me to rule on a Report and Recommendation recommending that the motion to intervene be allowed, I review the matter *de novo* and agree that the motion should be allowed. In any event, the case is returned to the Magistrate Judge.

                                                  <u>/s/Paul Barbadoro</u>
                                                  Paul Barbadoro
                                                  U.S. District Judge

Date:  September 6, 2006

cc:    Counsel of Record