```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

**USCOC of NH**

    **v.**                        Case No. 05-cv-327-JM

**Town of Bow, NH, et al.**

## O R D E R

    **Re:** **Objection to Assignmnt of Case to Magistrate Judge**

    **Ruling**: The case shall be removed from the Magistrate Judge's docket and assigned to me.  All pretrial matters are referred to the Magistrate Judge for rulings on nondispositive matters and reports and recommendations on dispositive matters.

                                              /s/ Paul Barbadoro
                                              Paul Barbadoro
                                              U.S. District Judge

Date:  10/16/2006

cc:   Paul Fitzgerald, Esq.
       Steven Grill, Esq.
       Jeffrey Spear, Esq.