UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>USCOC</u>

           v.                             Case No. 05-cv-327-PB

<u>Town of Bow, et al.</u>

<u>O R D E R</u>

After due consideration of the objection and the response, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated January 10, 2007.

SO ORDERED.

February  26, 2007                       /s/ Paul Barbadoro
                                                Paul Barbadoro
                                                United States District Judge

cc:    Counsel of Record