```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW HAMPSHIRE
```

**USCOC of New Hampshire**
**RSA #2, Inc., a Delaware**
**Corp., d/b/a US Cellular**

    **v.**                               Case No. 05-cv-327-PB

**Town of Bow, NH, et al.**

## O R D E R

The Magistrate Judge has prepared a detailed and thoughtful Amended Report and Recommendation addressing the arguments presented by the parties' cross motions for summary judgment. Having considered US Cellular's objections and reviewed the matter *de novo*, I agree that the disposition recommended by the Magistrate Judge is correct.

The Report and Recommendation is approved (Doc. No. 66).

SO ORDERED.

                                              /s/Paul Barbadoro
                                              Paul Barbadoro
                                              United States District Judge

June 13, 2007

cc:  James Bassett, Esq.
      Paul Fitzgerald Esq.
      Steven Grill, Esq.
      Jeffrey Spear, Esq.